**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 52 EM 2023
:
Respondent :
:
:
:
v. :
:
:
:
JAMES A. LAWSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.